```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION
          CASE NO. 06-20355-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MOISES DUBROCK LUJUAN,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to the Magistrate Judge John O'Sullivan, on September 5, 2006. A Report and Recommendation filed on September 21, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of October, 2006.

                                      _____
                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Frank Tamen, AUSA
        Mycki L. Ratzan, Esq.
```